# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA  
v.  

UTTAM HALDER

**WARRANT FOR ARREST**  
AGENT TO ARREST

Case Number: 1:21-MJ-0011

TO: The United States Marshal  
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest UTTAM HALDER

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with: having knowingly devised and intending to devise a scheme and artifice to defraud the United States Department of Agriculture ("USDA") and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, as well as by omissions of material facts, from the USDA, specifically, a scheme to fraudulently exchange Electronic Benefits Transfer ("EBT") payments for cash, and with intent to defraud causing the transmission by means of wire communication in interstate and foreign commerce certain writings, signs, signals, pictures, and sounds, that is, wire communications for EBT transactions for the purpose of executing the scheme and artifice,

in violation of 18, United States Code, Section(s) 1343 and 2.

JOHN K. LARKINS III  
Name of Issuing Officer

Signature of Issuing Officer  
Issued pursuant to Federal Rule of Criminal Procedure 4.1.

United States Magistrate Judge  
Title of Issuing Officer

January 8, 2021  
Atlanta, Georgia  
Date and Location

ATTEST: A TRUE COPY  
CERTIFIED THIS  
Date: Jan 08 2021  
JAMES N. HATTEN, Clerk  
By: s/E. Morrell  
Deputy Clerk

Bail Fixed at $_____ by_____  
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____    _____  
Name and Title of Arresting Officer

Date of Arrest:_____    _____  
Signature of Arresting Officer